**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MARTINEZ MENDOZA PABLO,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03739-RFB-NJK

**ORDER TO SHOW CAUSE**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 4), it has come to the Court's attention that Petitioner, Martinez Mendoza Pablo, has another habeas proceeding pending in this District: Pablo Martinez Mendoza v. DHS, No. 2:26-CV-03541-RFB-NJK.

Accordingly, **IT IS HEREBY ORDERED** that, on or before November 18, 2026, Petitioner, with the assistance of counsel, must show cause why this case should not be dismissed without prejudice as duplicative of Petitioner's other pending habeas proceedings. See Pablo Martinez Mendoza v. DHS, No. 2:26-CV-03541-RFB-NJK.

Alternatively, on or before November 18, 2026, Petitioner, with the assistance of counsel, may file the appropriate document under Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action without prejudice to proceed in their pending habeas proceeding.

**DATED:** November 13, 2026.

/s/ Richard F. Boulware, II

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**